Form a0asgncl

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Thomas Kilianski Jr.
       Alisa Kilianski
           Debtor(s)

SSN/TAX ID:
    xxx−xx−0170
    xxx−xx−9034

Case No.: 2:10−bk−57013

Chapter: 13

Judge: C. Kathryn Preston

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by Capital One, N.A. for the transfer of a claim originally filed by HSBC Bank Nevada, N.A..

The transfer/assignment designates HSBC Bank Nevada, N.A. as the transferor and Capital One, N.A. as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is January 9, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: December 19, 2012

                          FOR THE COURT:
                          Kenneth Jordan
                          Clerk, U.S. Bankruptcy Court